**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **HIRAM R. STOOKSBURY** | ) | |
| **ID # 1507834,** | ) | |
| **Petitioner,** | ) | |
| **vs.** | ) | **No. 3:11-CV-2893-D** |
| | ) | |
| **RICK THALER, Director,** | ) | |
| **Texas Department of Criminal** | ) | |
| **Justice, Correctional Institutions Division,** | ) | |
| **Respondent.** | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted, and petitioner's October 26, 2011 motion to stay and abate is denied.

**SO ORDERED.**

November 29, 2011.

SIDNEY A. FITZWATER
CHIEF JUDGE